THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN R. FOOTE et al., Appellants, and TOWN OF HEMPSTEAD, Respondent.

(Argued November 16, 1936; decided November 18, 1936.)

*John J. Bennett, Jr., Attorney-General (G. Frank Dougherty* of counsel), for motion.

*William H. Bisnoff, Milton Pincus, Louis W. McKernan, Edward R. Hurley, David S. Hill, Jr., Benjamin Kaplan* and *Lillian M. Kooperstein,* opposed.

Motion denied, with leave to renew on argument of case.